**FILED**
APR − 6 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>         PLAINTIFF<br>v.<br><br>RUNJHUN BHARGAVA,<br><br>         DEFENDANT(S). | CASE NUMBER<br><br>SA11-149M-3<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

   Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing is set for _April 7_____, _2011_____, at _2:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_____, in Courtroom _6A_____.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
                          *(Other custodial officer)*

Dated: __APR − 6 2011__             _____/s/ MARC L. GOLDMAN_____
                                    U.S. ~~District Judge~~/Magistrate Judge

---
ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                          Page 1 of 1